NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000847
14-FEB-2018
12:16 PM

NO. CAAP-16-0000847

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHARLES MAURO, M.D., Appellant/Petitioner-Appellant,
v.
GORDON I. ITO, INSURANCE COMMISSIONER, STATE OF HAWAI'I,
Appellee-Appellee,
and
HAWAII MEDICAL SERVICE ASSOCIATION,
Appellee/Respondent-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-1174)


ORDER APPROVING THE JANUARY 10, 2018
STIPULATION TO DISMISS THE APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the stipulation to dismiss the appeal, filed by Appellant/Petitioner-Appellant Charles Mauro, M.D., on January 10, 2018, and the record, it appears that: (1) the appeal has been docketed; (2) no payment is due; (3) the parties stipulate to dismiss the appeal and bear their own costs; and (4) the stipulation is dated and signed by counsel for all parties appearing in the appeal, in compliance with Rule 42(b) of the Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed. The parties shall bear their own costs.

DATED: Honolulu, Hawaiʻi, February 14, 2018.

Presiding Judge

Associate Judge

Associate Judge